FILED
JAMES J. VILT, JR. - CLERK

JUL 08 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *ex rel.* VERITY INVESTIGATIONS, LLC, <br><br> *Plaintiff/Relator*, <br><br> v. <br><br> MILLER TRANSPORTATION, INC., <br><br> *Defendant.* | Case No. 3:24-cv-360-DJH <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Verity Investigations, LLC, by and through undersigned counsel, gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant Miller Transportation, Inc. Defendant has not answered or moved for summary judgment. Relator has conferred with counsel for the United States and the United States has consented to dismissal of the action pursuant to 31 U.S.C. § 3730(b)(1).

Date: July 1, 2025

Respectfully submitted,

/s/ Joseph A. Bilby
Joseph A. Bilby
**BILBY LAW PLLC**
106 Progress Drive
Frankfort, KY 40601
Telephone: (502) 409-1778

Stephen Shackelford, Jr.
Steven M. Shepard
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com

*Attorneys for Relator Verity Investigations, LLC*

2

Billy Law PLLC
106 Progress Drive
Frankfort, KY 40601

**FILED**
JAMES J. VILT, JR. - CLERK
JUL 08 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk's Office
601 W. Broadway, Room 106
Gene Snyder U.S. Courthouse
Louisville, KY 40202

LOUISVILLE KY 400
3 JUL 2025 PM 4 L

40202-222731

