UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* VERITY INVESTIGATIONS, LLC<br><br>Plaintiff/Relator,<br><br>v.<br><br>MILLER TRANSPORTATION, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) **FILED UNDER SEAL**<br>)<br>) CIVIL ACTION NO. 3:24-CV-360-DJH<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED ORDER

Relator having filed a Notice of Voluntary Dismissal, the United States having filed a Notice of Consent pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and the Court being sufficiently advised,

IT IS ORDERED that this action is dismissed with prejudice as to Verity Investigations, LLC and without prejudice as to the United States.

IT IS FURTHER ORDERED that the seal be lifted on all contents of the Court's file and all matters occurring in this action after the date of this Order.

SO ORDERED.

Tendered by:
Jessica R. C. Malloy
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202